## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Criminal No. 06-171 (1) (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Michael Brooks Bynum, | |
| Defendant. | |

---

Defendant has filed Objections to the August 16, 2006, Report and Recommendation of Magistrate Judge Janie S. Mayeron. Judge Mayeron has recommended the denial of Defendant's Motion to Challenge Arrest and Motion to Suppress Evidence Obtained as a Result of Search and Seizure.

This Court has reviewed de novo the Report and Recommendation and Defendant's Objections thereto. That review demonstrates that Judge Mayeron's recommended disposition is fully supported by the record and controlling legal precedent.

Accordingly, and upon all the files, records and proceedings herein, **IT IS ORDERED**:

1. Defendant's Objections (Doc. No. 32) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 31) is **ADOPTED**;

3. Defendant's Motion to Challenge Arrest (Doc. No. 15) is **DENIED**; and

    4.  Defendant's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 18) is **DENIED**.

Dated: October 20, 2006

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge