UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-171 (RHK/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v. ) | FINAL ORDER OF FORFEITURE |
| ) | |
| MICHAEL BROOKS BYNUM, ) | |
| ) | |
| DEFENDANT. ) | |

WHEREAS, on February 12, 2007, this Court entered a Preliminary Order of Forfeiture forfeiting a Glock, model 30 pistol, serial number DMY541US to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c);

WHEREAS, on February 27, March 6, and March 13, 2007, the plaintiff published notice of the forfeiture of the above-described firearm in *Finance and Commerce*, Minneapolis, Minnesota, of the United States' intent to dispose of the above-described property in accordance with law, and of the right of third parties to petition the Court within 30 days of the final publication for a hearing to adjudicate the validity of their alleged legal interest in the above-described property;

WHEREAS, no petitions have been filed with the Clerk of Court and the time for filing a petition has expired; and

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. all right, title and interest in the Glock, model 30 pistol, serial number DMY541US is hereby forfeited to and vested in the United States of America pursuant to 18 U.S.C. § 924(d)(1), in conjunction with 28 U.S.C. § 2461(c); and

2. the Glock, model 30 pistol, serial number DMY541US shall be disposed of by the United States Marshals Service in accordance with law.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: 8/15/07                     s/Richard H. Kyle
                                   RICHARD H. KYLE, Judge
                                   United States District Court